# GreenwaveConcepts

3839 McKinney Avenue #155-511
Dallas, Texas 75204
214-683-2256

Defendant, in Pro Se

**Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408**



RECEIVED MAR 17 2015 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

UNITES STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Re:    Bankruptcy Case No: 13-10458-reg
       Adversary Proceeding No. 15-01056-reg
       Robert L. Geltzer, as Chapter 7 Trustee of Continuity X, Inc., Continuity X
       Solutions and Metamora Cloud Services, Inc (Plaintiff(s))
       --against--
       Greenwave Concepts LLC (Defendant)

Defendant, Greenwave Concepts LLC, answers the complaint to avoid and recover fraudulent transfers and to disallow claims pursuant to 11 U.S.C. Par 502 (d)., as follows:

1. Defendant denies the allegations in paragraph 1,15,16,17,22,23,25,26,28.

2. Defendant has not information or belief that the allegations in paragraph 2,4,5,6,7,8,9,10,11,12,13,14,18,19,20,21,24,27, are true, so Defendant denies them.

3. Defendant admits the allegations in paragraph 3.

4. Except as expressly admitted herein, Defendant denies all of the allegations of the Complaint.

Signed: _____         Date March 5, 2015
        Danny Jester
        Greenwave Concepts LLC

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: ContinuityX, Inc.                                          Bankruptcy Case No.:
                                                                  13-10458-reg

Robert L. Geltzer, as Chapter 7 Trustee of ContinuityX, Inc., ContinuityX Solutions and Metamora Cloud Services, Inc.
                                    Plaintiff(s),

-against-                                                         Adversary Proceeding No.
                                                                  15-01056-reg

Greenwave Concepts LLC
                                    Defendant(s)

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days, to:

| Address of Clerk: |
|---|
| Clerk of the Court<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004-1408 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: |
|---|
| Robert A. Wolf<br>Tarter Krinsky & Drogin LLP<br>1350 Broadway<br>11th Floor<br>New York, NY 10018 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004-1408 | Room: Courtroom 523 (REG), One Bowling Green, New York, NY 10004 |
|---|---|
| | Date and Time: 4/16/15 at 09:45 AM |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: 2/17/15                                    Vito Genna
                                                  _____
                                                  *Clerk of the Court*

                                                  By: /s/ Kenishia Braithwaite
                                                  _____
                                                  *Deputy Clerk*